IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY MORRIS,<br><br>      Plaintiff,<br><br>  vs.<br><br>CHERYL PLILER, et al.,<br><br>      Defendants.<br>_____/ | No. CIV S-02-2491-FCD-CMK<br><br><br><br>ORDER TO SHOW CAUSE |

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, bring this civil rights action pursuant to 42 U.S.C. § 1983.  On March 21, 2005, plaintiff filed with the court a notice of change of address.  Plaintiff's notice, however, was not served on defendants as required by Federal Rule of Civil Procedure 5(a) and Eastern District of California Local Rule 5-135.  On March 28, 2005, the court ordered plaintiff to serve a copy of his March 21, 2005, notice of change of address on defendants and to file a proof of service with the court within 15 days.  To date, plaintiff has not complied.

/ / /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in
2 writing, within 20 days of the date of service of this order, why this action should not be
3 dismissed for lack of prosecution and failure to comply with rules and court orders.  See Local
4 Rule 11-110.

6 DATED: September 21, 2005.

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE