IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ANTHONY MORRIS,              No. CIV S-02-2491-FCD-CMK

      Plaintiff,

  vs.                              ORDER

CHERYL PLILER, et al.,

      Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se and in forma pauperis, bring this civil rights action pursuant to 42 U.S.C. § 1983. On October 17, 2005, the court issued an order directing the parties to file status reports. The order required plaintiff to file a status report within 30 days of the date of service of the order. On November 14, 2005, plaintiff filed a notice of change of address. That document also recited various problems plaintiff is having in terms of law library access. In the interest of justice, the court will construe plaintiff's November 14, 2005, document as seeking an extension of time to file his status report. So construed, the request will be granted. Plaintiff is cautioned that failure to file a status report may result in the dismissal of this action for lack of prosecution and failure to comply with court orders and rules. See Local Rule 11-110.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiff is granted an extension of time to December 15, 2005, to file a
3  status report pursuant to the court's October 17, 2005, order; and

4  2. Defendants' status report shall be filed within 30 days after service of
5  plaintiff's status report.

6  DATED: November 18, 2005.

<br>

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE